No. 80–2195. UNITED STATES *v.* GOODWIN. C. A. 4th Cir. [Certiorari granted, *ante,* p. 1079.] Motion for appointment of counsel granted, and it is ordered that Paul W. Spence, Esquire, of Baltimore, Md., be appointed to serve as counsel for respondent in this case.

No. 81–9. WASHINGTON ET AL. *v.* SEATTLE SCHOOL DISTRICT NO. 1 ET AL. C. A. 9th Cir. [Probable jurisdiction noted, *ante,* p. 890.] Motion of appellees for divided argument denied. Motion of the Solicitor General for divided argument and for additional time for oral argument denied.

No. 81–55. NEW YORK *v.* FERBER. Ct. App. N. Y. [Certiorari granted, *ante,* p. 1052.] Motion of Morality in Media, Inc., for leave to file a brief as *amicus curiae* granted.

No. 81–202. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. *v.* CLAIBORNE HARDWARE CO. ET AL. Sup. Ct. Miss. [Certiorari granted, *ante,* p. 1030.] Motions of American Jewish Congress and American Civil Liberties Union et al. for leave to file briefs as *amici curiae* granted. JUSTICE MARSHALL took no part in the consideration or decision of these motions.

No. 81–280. GENERAL BUILDING CONTRACTORS ASSN., INC. *v.* PENNSYLVANIA ET AL.;
No. 81–330. UNITED ENGINEERS & CONSTRUCTORS, INC. *v.* PENNSYLVANIA ET AL.;
No. 81–331. CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA ET AL. *v.* PENNSYLVANIA ET AL.;
No. 81–332. GLASGOW, INC. *v.* PENNSYLVANIA ET AL.; and
No. 81–333. BECHTEL POWER CORP. *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 939.] Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted.